AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JIMMIE STEPHEN,

     Plaintiff,

V.

ACCESS SECUREPAK, et al,

     Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:08-CV-00476-LRH-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

 August 28, 2009                                  **LANCE S. WILSON**
                                                                   Clerk

                                                                   /s/ M. Campbell
                                                                   Deputy Clerk